ANDREW C. HULL *et al.* agt. WILLIAM T. WALLIS.

Motion to change the venue will be denied with costs, where it appears the defendant's default has been entered.

*April Term,* 1846.

MOTION by defendant to change the venue.

Defendant moved to change the venue from the county of Allegany to the city and county of New-York.

Plaintiffs produced a certificate of the clerk of this court, dated 18th March last, by which it appeared that defendant's appearance and default was entered on that day.

A. H. WALLIS, *defendant's counsel and attorney.*

J. A. COLLIER, *plaintiffs' counsel.*

L. C. PECK, *plaintiffs' attorney.*

BEARDSLEY, Justice. Denied the motion with costs, on the ground that defendant's default had been entered.